**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-7741**

———————

ANNETTE ROSS,

                    Plaintiff - Appellant,

          v.

GARY L. BASS, Chief of Operations; GENE M. JOHNSON, Director
for DOC; BARBARA J. WHEELER, Warden for F.C.C.W.,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, Senior
District Judge. (7:09-cv-00243-jct-mfu)

———————

Submitted: February 18, 2010      Decided: February 24, 2010

———————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Annette Ross, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annette Ross appeals the district court's orders dismissing her 42 U.S.C. § 1983 (2006) complaint without prejudice and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ross v. Bass</u>, No. 7:09-cv-00243-jct-mfu (W.D. Va. Aug. 20 & Sept. 4, 2009). We deny Ross's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>